■ AVRAM IUSAN et al., Appellants, v CITY OF NEW YORK et al., Respondents. [640 NYS2d 763] —Appeal by the plaintiffs from an order of the Supreme Court, Queens County (Price, J.), dated December 30, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Price at the Supreme Court. Miller, J. P., Joy, Hart and Krausman, JJ., concur.